UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CARBIDE INDUSTRIES, LLC,

Debtor.
______________________________/

Case No.: 6:14-bk-09894-KSJ
Chapter 11

**CERTIFICATION OF NECESSITY**
**OF REQUEST FOR EMERGENCY HEARING**

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matters under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matters under consideration are not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleadings on an emergency basis:

**Motion For Authority To Pay Prepetition Wages**
**Debtor's Motion For Authority To Pay Affiliate Officer Salaries**
**Motion For Authority To Maintain Prepetition Bank Accounts**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because the Debtor seeks (a) to retain its workforce and up-to-date payment of its employees is critical to such retention, (b) to fairly compensate its principals who have no sources of income other than their salaries from the Debtor, and (c) to continue to use their

prepetition bank accounts, and requires a hearing on September 4, 2014 or as soon thereafter as possible for the following reason: (i) the Debtor's next payroll is due to be made on September 9th and (ii) the Debtor will be required to conduct banking business, including use of wire transfers to suppliers abroad, within the several days following the petition date which was August 28th.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED this 2nd day of September, 2014.

/s/ Peter N. Hill
Peter N. Hill
Florida Bar No. 368814
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Dr.
Orlando, FL 32804
Telephone: (407) 648-0058
Fax: (407) 648-0681
Email: phill@whmh.com

Attorneys for the Debtor

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system; and furnished a copy by first class mail U.S., postage prepaid to (a) all non-filers on the Local Rule 1007-2 Parties-in-interest list as shown on the list attached; and (b) to BankFIRST c/o Jon E. Kane, Esq., Burr & Forman LLP, 200 S. Orange Ave., Suite 800, Orlando, FL 32801-6404.

/s/ Peter N. Hill
Peter N. Hill

A & M Supply Corporation
P. O. Box 919393
Orlando, FL 32891-9393

Access America Transport Inc.
P. O. Box 740048
Atlanta, GA 30374-0048

Ace Granite
1345 Bennett Drive
Longwood, FL 32750

Advanced Affiliates Inc.
96-12 43rd Avenue
Corona, NY 11368

Alabama Inter-Forest Corporation
1418 Reliable Parkway
Chicago, IL 60686-0001

American Marble Inc.
115 Commerce Way
Sanford, FL 32771

AmeriGas
P. O. Box 660288
Dallas, TX 75266-0288

Antique & Modern Cabinets Inc
2384 Vans Avenue
Jacksonville, FL 32207-6769

BankFIRST
1031 W. Morse Blvd
Suite 323
Winter Park, FL 32789

Blue Linx Corporation
P. O. Box 536455
Atlanta, GA 30353

BlueLinx Corporation
4300 Wildwood Pkwy
Atlanta, GA 30339

Bond, Schoeneck & King
Edward P. Hourinhan, Esq.
350 Linden Oaks, Suite 310
Rochester, NY 14625

Budget Truck Rental
16449 Collections Center Dr.
Chicago, IL 60693

Cabinet Ware Inc.
5317 Fruitville Road
Box 197
Sarasota, FL 34232

Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114

Carbide Tooling.Net
2115 Carroll Landing Drive
Tampa, FL 33612

Carroll Fulmer Logistics Corp
P.O. Box 538082
Atlanta, GA 30353-8082

Charles F. Arnold, Esq.
1701 Martin Luther
King Street North
Saint Petersburg, FL 33704

Charter Industries
2255 29th Street S. E.
Grand Rapids, MI 49508

Classic Tops Inc.
89 North Florida Ave
Center Hill, FL 33514

Coast to Coast Logistics
5510 Clio Road
Flint, MI 48504

Danny's Forklift LLC
14445 Pine Valley Road
Orlando, FL 32826

deBeaubien, Knight,
Simmons, Mantzarris
P. O. Box 87
Orlando, FL 32803

Designers Choice Cabinetry
100 TGK Circle
Rockledge, FL 32955

Direct Capital
P. O. Box 856502
Minneapolis, MN 55485-6502

East Coast Modular Buildings LLC
801 W. Myers Blvd
Mascotte, FL 34753

Elgovi Installer, Inc.
15624 Montesino Dr
Orlando, FL 32828

England Logistics
P. O. Box 953776
St. Louis, MO 63195-3776

Florida Combined Life Insurance Company
P. O. Box 211778
Kansas City, MO 64121-1778

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0120

Florida Lift Gas Inc
P. O. Box 89951
Tampa, FL 33689

Forestal La Reforma
Calle Independencia
PTE 226-A COL
Centro San Pedro, Garza Garc
NLC Mexico, C.P. 66230

Freight Quote.com
90 Carondelet Dr
Kansas City, MO 64114-4674

Funder America
P. O. Box 729
Mocksville, NC 27028

GE Capital
P. O. Box 740425
Atlanta, GA 30374-0425

Georgia Department of Revenu
Sales and Use Tax
P.O. Box 105408
Atlanta, GA 30348-5408

Grass America
1202 Hwy. 66
South Kernersville, NC 27284

Green Enterprises II, Inc
P.O. Box 840251
Saint Augustine, FL 32080

Hardware Resources, Inc
4319 Marlena Street
Bossier City, LA 71111

Heritage Propane
1548 SR 44
West Leesburg, FL 34748-8705

HMN Xpress
P. O Box 770069
Orlando, FL 32877

HNM Xpress
P. O. Box 770069
Orlando, FL 32877

Houston Short, Esq.
Pohl & Short, P.A.
280 W. Canton Ave, Ste 410
Winter Park, FL 32789

Intertek Industrial Corp
3023 Powers Ave
Jacksonville, FL 32207

Jennifer C. Lester, Esq.
Dean Mead & Bovay, P.A.
901 NW 57th St
Gainesville, FL 32605

John and Pam Parrish
460 Rob Roy Drive
Clermont, FL 34711

John Parrish
314 E. Crittenden St
Groveland, FL 34736

Kathrine A. Sanoja, Esq.
Gomm & Smith
175 S.W. 7th Street
Suite 2110
Miami, FL 33130

KCMA
1899 Preston White Drive
Reston, VA 20191-5435

Labor Ready
East Coast Lockbox
P.O. Box 740435
Atlanta, GA 30374-0435

Lamin-Art LBX 619724
P.O. Box 6197
Chicago, IL 60680-6197

Lauren F. Barlett, Esq.
Leake & Anderesson, LLP
Suite 1700
1100 Poydras Street
New Orleans, LA 70163

Lecesse Construction Srvs
75 Thruway Park Drive
West Henrietta, NY 14586

Legacy Cabinets Inc
P.O. Box 583569
Atlanta, GA 30353-8569

Legacy Global
400 North Harbor Place Suite F
Davidson, NC 28036

Liberty Woods Intl
P.O. Box 8538-300
Philadelphia, PA 19171

Little Ventures, Inc.
2030 Country Farms Road
Port Orange, FL 32128

Logan, Bowyer & McCullough
1645 E. HWY 50
Suite 202
Clermont, FL 34711

Lorin Peterson
1693 Redwood Grove Terr
Lake Mary, FL 32746

Lorin Peterson
314 E. Crittenden St
Groveland, FL 34736

Lowes
PO Box 530914
Atlanta, GA 30353

Marcadis, Singer, P.A.
5104 South Westshore Blvd
Tampa, FL 33611

McBar International
14218 Business Avenue
InterAmerica Industrial Park
Laredo, TX 78045

Michael H. Traison, Esq.
Miller, Canfield et al
225 W. Washington St
Suite 2600
Chicago, IL 60606

Mid-Florida Family Medicine. P. O. Box 9
Apopka, FL 32704

MJB Wood
14411 Commerce Way
Suite 426
Miami Lakes, FL 33016

MJB Wood Group, Inc
2201 West Royal Lane
Irving, TX 75063

Mobile Mini Inc
7420 S. Kyrene Road
Suite 101
Tempe, AZ 85283

Modular Vanity Tops
International Bank of Commerce
One South Broadway
McAllen, TX 78505-0579

Mutual of Omaha
P.O. Box 2147 Omah NE
Omaha, NE 68103

Mutual of Omaha
875 Concourse Pkwy S
Maitland, FL 32751

National Freight, Inc
P.O. Box 417731
Boston, MA 02241

OEC Logistics Inc
104 West 9th Street
Suite 308
Kansas City, MO 64105

Old Dominion Freight Line
P. O. Box 198475
Atlanta, GA 30384-8475

Old Republic Surety Group
P. O. Box 1635
Milwaukee, WI 53201

Omicron Supplies, LLC
3120 North Andrews Ave ex
Pompano Beach, FL 33064

Omicron Suppliies Inc.
3905 Center Loop
Suite 500
Orlando, FL 32808

Onutelo, LLC
3230 Landtree Circle
Orlando, FL 32812

Pam Parrish
314 E. Crittenden St
Groveland, FL 34736

Pratt Industries (U.S.A) Inc
P.O. Box 933949
Atlanta, GA 31193

Prime Wood Inc
1646 51st Court
Vero Beach, FL 32966

PRT Personnel Response
30840 US Hwy 19N
Palm Harbor, FL 34684

Rabco
14281 Business Avenue
InterAmerica Industrial Park
Laredo, TX 78045

Republic Industries
1400 Warren Drive
Marshall, TX 75672

Rush Truck Leasing Inc
Interstate Billing Service
P.O. Box 2208
Decatur, AL 35609-2208

SCC Cabinet Inc
182 SW Euler Avenue
Port Saint Lucie, FL 34953

Senke No.105
Puhong Road (W)
Zhu Qiao Town
Pu Dong new area
Shanghai, China 00020-1324

Shower Walls
Av. San Roque N 200
Bodegas 18 Col. Los Reyes Juarez
N.L
Mexico, 67277

Small Business Admin
Attn: Officer or Manager
409 3rd St. SW
Washington, DC 20416

Small Business Admin
7825 Baymeadows Way
Suite 100B
Jacksonville, FL 32256-7504

Sousa Cabinets Inc
19242 Moorgate Street
Orlando, FL 32833

Southeast Packaging Machinery
P.O. Box 755
Minneola, FL 34755

Southeastern Freight Lines
P. O. Box 100104
Columbia, SC 29202-3104

Spotnails
Euler Hermes Spotnails
Div of Peace industries
600 S. 7th Street
Louisville, KY 40203

Stiles Machinery
3965 44th Street
Grand Rapids, MI 49512

Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384-9211

Sunshine Recycling Inc
P. O. Box 919360
Orlando, FL 32891-9360

Susquehanna Commercial
FInance Inc
2 Country View Road
Suite 300
Malvern, PA 19355

Swift Transportation
P. O. Box 643985
Pittsburgh, PA 15264-3985

Tomken Transportation
DBA TBS Logistics
6700 WIilson
Kansas City, MO 64125

Tompkins A. Foster, Esq.
Foster & Klinkbeil, P.A.
P.O. Box 3108
Orlando, FL 32802

TQL Total Quality Logistics
P. O. Box 634558
Cincinnati, OH 45263-4558

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

Unishippers
P. O. Box 215
Appling, GA 30802

United Rentals/RSCP
P.O. Box 100711
Atlanta, GA 30384-0711

Virginia Dept of Taxation
Business Consumers Use Tax
P.O. Box 26627
Richmond, VA 23261

Wells Fargo
Equipment Finance
NW-8178
P. O. Box 1450
Minneapolis, MN 55485-8178

Wells Fargo Equipment Lease
733 Marquette Ave
Ste. 700
Minneapolis, MN 55402

William M. Lindeman, Esq.
P.O. Box 3506
Orlando, FL 32802

William Sun
c/o Houston Short, Esq.
Pohl & Short, P.A.
280 W. Canton Ave, Ste. 410
Winter Park, FL 32789

Wilsonart International
P. O. Box 905803
Charlotte, NC 28290-5803

Woodworking Machinery
dba High Tech
30 5th Avenue
Vero Beach, FL 32962

XPO Logistics
75 Remittance Drive
Suite 1379
Chicago, IL 60675

Xtra Lease Inc
P. O. Box 99262
Chicago, IL 60693-9262