UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CARBIDE INDUSTRIES, LLC,

        Debtor.
_____/

Case No.: 6:14-bk-09894-KSJ
Chapter 11

*Expedited Hearing Requested on or Before:* **September 4, 2014** *or as soon thereafter as possible*

*Estimated Time Needed for Hearing:*
**15 Minutes**

## MOTION FOR AUTHORITY TO MAINTAIN PREPETITION BANK ACCOUNTS

      The Debtor, Carbide Industries, LLC, moves for authority to maintain prepetition bank accounts, and alleges:

      1.     The petition in this case was filed on August 28, 2014 (the "Petition Date").

      2.     The Debtor seeks to maintain postpetition the following prepetition bank accounts:

| **FINANCIAL INSTITUTION** | **ACCOUNT ENDING IN:** |
|---|---|
| BankFIRST | -8265 |
| SunTrust | -2978 |

      3.     The Debtor seeks such authority for the following reasons:

          a.     BankFIRST holds a claim against the Debtor that is secured by a lien on cash collateral and other collateral.  The Debtor was current in payments on the Petition Date and intends to remain current going forward.  Payments are made in the form of an ACH transaction.  The Debtor prefers, for convenience, to maintain the status quo.

b. The Debtor frequently pays for goods from abroad by wire transfers. There are templates set up in these prepetition accounts that already have the wire transfer information in them. It would be difficult to set up the wire transfer templates in new accounts.

4. On the Petition Date the Debtor had the following amounts on deposit:

| FINANCIAL INSTITUTION | ACCOUNT ENDING IN: |
|---|---|
| BankFIRST | $1,861.36 |
| SunTrust | $32,249.36 |

5. BankFIRST is not an approved depository. SunTrust is an approved depository.

6. The Debtor has consulted, through its counsel, with the Office of the United States Trustee and the United States Trustee has not consented to the proposed maintenance of use of the prepetition accounts.

WHEREFORE, the Debtor moves for authority to maintain prepetition bank accounts for the reasons stated.

/s/ Peter N. Hill
Peter N. Hill
Florida Bar No. 368814
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Dr.
Orlando, FL 32804
Telephone: (407) 648-0058
Fax: (407) 648-0681
Email: phill@whmh.com

Attorneys for the Debtor

## CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system; and furnished a copy by first class mail U.S., postage prepaid to (a) all non-filers on the Local Rule 1007-2 Parties-in-interest list as shown on the matrix attached; and (b) by electronic delivery to BankFIRST c/o Jon E. Kane, Esq., Burr & Forman LLP, at jkane@burr.com.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-09894-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Sep  3 12:11:08 EDT 2014 | Carbide Industries, LLC<br>314 E. Crittenden Street<br>Groveland, FL 34736-2210 | Alabama Inter-Forest Corporation<br>1418 Reliable Parkway<br>Chicago, IL 60686-0001 |
| American Marble Inc.<br>115 Commerce Way<br>Sanford, FL 32771-3092 | BlueLinx Corporation<br>4300 Wildwood Pkwy<br>Atlanta, GA 30339-8440 | Classic Tops Inc.<br>89 North Florida Ave<br>Center Hill, FL 33514-4007 |
| Forestal La Reforma<br>Calle Independencia<br>PTE 226-A COL<br>Centro San Pedro, Garza Garc<br>NLC Mexico, C.P. 66230 | Hardware Resources, Inc<br>4319 Marlena Street<br>Bossier City, LA 71111-7503 | Lecesse Construction Srvs<br>75 Thruway Park Drive<br>West Henrietta, NY 14586-9793 |
| Liberty Woods Intl<br>P.O. Box 8538-300<br>Philadelphia, PA 19171-0001 | Little Ventures, Inc.<br>2030 Country Farms Road<br>Port Orange, FL 32128-6684 | Logan, Bowyer & McCullough<br>1645 E. HWY 50<br>Suite 202<br>Clermont, FL 34711-5199 |
| MJB Wood<br>14411 Commerce Way<br>Suite 426<br>Miami Lakes, FL 33016-1571 | OEC Logistics Inc<br>104 West 9th Street<br>Suite 308<br>Kansas City, MO 64105-1718 | Pratt Industries (U.S.A) Inc<br>P.O. Box 933949<br>Atlanta, GA 31193-3949 |
| Prime Wood Inc<br>1646 51st Court<br>Vero Beach, FL 32966-2339 | Republic Industries<br>1400 Warren Drive<br>Marshall, TX 75672-5893 | Senke No.105<br>Puhong Road (W)<br>Zhu Qiao Town<br>Pu Dong new area<br>Shanghai, China 00020-1324 |
| Shower Walls<br>Av. San Roque N 200<br>Bodegas 18 Col. Los Reyes Juarez<br>N.L<br>Mexico, 67277 | Sousa Cabinets Inc<br>19242 Moorgate Street<br>Orlando, FL 32833-3007 | Stiles Machinery<br>3965 44th Street<br>Grand Rapids, MI 49512-3982 |
| William Sun<br>c/o Houston Short, Esq.<br>Pohl & Short, P.A.<br>280 W. Canton Ave, Ste. 410<br>Winter Park, FL 32789-3168 | Peter N Hill +<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Timothy S Laffredi +<br>Office of the United States Trustee<br>400 W. Washington St., Suite 1100<br>Orlando, FL 32801-2440 | William M Lindeman +<br>P.O. Box 3506<br>Orlando, FL 32802-3506 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

                  The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27