UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CARBIDE INDUSTRIES, LLC,                               Case No.: 6:14-bk-09894-KSJ
                                                       Chapter 11

       Debtor.
_____/

## PROOF OF SERVICE OF ORDER

I certify that on September 17, 2014, a true and correct copy of the Order Granting Debtor's Motion for Authority to Pay Prepetition Wages (Doc. No. 30) was served via electronic delivery by Court upon the entry of the Order to all CM/ECF participants. I further certify that on September 19, 2014, I mailed a true and correct copy of the Order by prepaid U.S. mail to all non-filers on the Local Rule 1007-2 Parties-in-interest list as shown on the matrix attached.

    /s/ Peter N. Hill
    Peter N. Hill
    Florida Bar No. 368814
    Wolff, Hill, McFarlin & Herron, P.A.
    1851 W. Colonial Dr.
    Orlando, FL 32804
    Telephone: (407) 648-0058
    Fax: (407) 648-0681
    Email: phill@whmh.com

    Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-09894-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Sep 19 16:18:12 EDT 2014 | Carbide Industries, LLC<br>314 E. Crittenden Street<br>Groveland, FL 34736-2210 | Alabama Inter-Forest Corporation<br>1418 Reliable Parkway<br>Chicago, IL 60686-0001 |
| American Marble Inc.<br>115 Commerce Way<br>Sanford, FL 32771-3092 | BANKFIRST<br>Michael A. Nardella<br>Burr & Forman, LLP<br>200 S Orange Ave Ste 800<br>Orlando FL 32801-6404 | BankFIRST<br>c/o Jon E. Kane, Esquire<br>200 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801-6404 |
| BankFIRST<br>c/o Michael A. Nardella, Esq.<br>Burr & Forman, LLP<br>200 S. Orange Ave., Suite 800<br>Orlando, FL 32801-6404 | BlueLinx Corporation<br>4300 Wildwood Pkwy<br>Atlanta, GA 30339-8440 | Classic Tops Inc.<br>89 North Florida Ave<br>Center Hill, FL 33514-4007 |
| Forestal La Reforma<br>Calle Independencia<br>PTE 226-A COL<br>Centro San Pedro, Garza Garc<br>NLC Mexico, C.P. 66230 | Hardware Resources, Inc<br>4319 Marlena Street<br>Bossier City, LA 71111-7503 | Lecesse Construction Srvs<br>75 Thruway Park Drive<br>West Henrietta, NY 14586-9793 |
| Liberty Woods Intl<br>P.O. Box 8538-300<br>Philadelphia, PA 19171-0001 | Little Ventures, Inc<br>Roman V. Hammes<br>250 East Colonial Drive, Ste 305<br>Orlando, FL 32801-1231 | Little Ventures, Inc.<br>2030 Country Farms Road<br>Port Orange, FL 32128-6684 |
| Logan, Bowyer & McCullough<br>1645 E. HWY 50<br>Suite 202<br>Clermont, FL 34711-5199 | MJB Wood<br>14411 Commerce Way<br>Suite 426<br>Miami Lakes, FL 33016-1571 | OEC Logistics Inc<br>104 West 9th Street<br>Suite 308<br>Kansas City, MO 64105-1718 |
| Omicron Supplies LLC<br>c/o William M Lindeman PA<br>PO Box 3506<br>Orlando FL 32802-3506 | Pratt Industries (U.S.A) Inc<br>P.O. Box 933949<br>Atlanta, GA 31193-3949 | Prime Wood Inc<br>1646 51st Court<br>Vero Beach, FL 32966-2339 |
| Republic Industries<br>1400 Warren Drive<br>Marshall, TX 75672-5893 | Senke No.105<br>Puhong Road (W)<br>Zhu Qiao Town<br>Pu Dong new area<br>Shanghai, China 00020-1324 | Shower Walls<br>Av. San Roque N 200<br>Bodegas 18 Col. Los Reyes Juarez<br>N.L<br>Mexico, 67277 |
| Sousa Cabinets Inc<br>19242 Moorgate Street<br>Orlando, FL 32833-3007 | Stiles Machinery<br>3965 44th Street<br>Grand Rapids, MI 49512-3982 | William Sun<br>c/o Houston Short, Esq.<br>Pohl & Short, P.A.<br>280 W. Canton Ave, Ste. 410<br>Winter Park, FL 32789-3168 |
| Peter N Hill +<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | Jon E Kane +<br>Burr & Forman, LLP<br>200 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801-6404 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |

| | | |
|---|---|---|
| Timothy S Laffredi +<br>Office of the United States Trustee<br>400 W. Washington St., Suite 1100<br>Orlando, FL 32801-2440 | William M Lindeman +<br>P.O. Box 3506<br>Orlando, FL 32802-3506 | Michael A Nardella +<br>Burr & Forman, LLP<br>200 S. Orange Avenue<br>Suite 800<br>Orlando, FL 32801-6404 |
| James E. Shepherd +<br>Pohl & Short, P.A.<br>280 West Canton Avenue<br>Suite 410<br>Winter Park, FL 32789-3168 | Roman V Hammes +<br>Roman V. Hammes, P.L<br>250 East Colonial Drive, Suite 305<br>Orlando, FL 32801-1231 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients   35
Bypassed recipients    1
Total                 36