UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CARBIDE INDUSTRIES, LLC,            Case No.: 6:14-bk-09894-KSJ
                                                   Chapter 11
       Debtor.
_____/

**ORDER GRANTING MOTION FOR AUTHORITY**
**TO MAINTAIN PREPETITION BANK ACCOUNTS**

This case came on for hearing on November 19, 2014 on the motion filed by the Debtor, Carbide Industries, LLC, for Authority to Maintain Prepetition Bank Accounts (the "Motion") (Doc. No. 13). For the reasons stated orally and recorded in open court, it is

ORDERED:

1. The Motion is granted.

2. The Debtor is authorized to maintain its bank account ending in -8265 at Seacoast National Bank (successor to BankFIRST) and its account at SunTrust Bank ending in -2978 provided the accounts may be converted to debtor in possession accounts.

3. If for any reason the banks are unable to convert the existing accounts to debtor in possession accounts, the Debtor, promptly upon receipt of notice to that effect, shall close the existing accounts and open debtor in possession accounts.

DONE AND ORDERED on November 25, 2014

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

Attorney, Peter N. Hill, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order